IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LYNNE GOODEN, *et al.*, | : Case No. 3:18 CV 302 |
| Plaintiff, | : Judge Walter H. Rice |
| v. | : |
| CHRIS BATZ, *et al.*, | : |
| Defendants. | : |

## ORDER GRANTING VANDALIA DEFENDANTS UNTIL MARCH 4, 2019 TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS

This matter came on to be heard upon the Vandalia Defendants' Unopposed Motion for Extension to File a Reply Memorandum in support of their pending Motion for Judgment on the Pleadings. The Court, being fully apprised of the premises and for good cause shown, hereby **GRANTS** the Motion.

It is hereby **ORDERED** that:

> The Vandalia Defendants shall have until March 4, 2019 in which to file their Reply Memorandum.

Dated: 2-19-19

_____
Hon. Walter H. Rice, Judge