IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LYNNE GOODEN, et al., :

    Plaintiffs, :

v. : Case No. 3:18-cv-302

CHRIS BATZ, et al., : JUDGE WALTER H. RICE

    Defendant. :

---

DECISION AND ENTRY OVERRULING WITHOUT PREJUDICE TO REFILING PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE HEALTH CARE REIMBURSEMENT DETERMINATIONS UNDER R.C. 2317.45 (DOC. #35); MOTION TO BE REFILED THIRTY DAYS FOLLOWING COURT'S DECISION ON PLAINTIFFS' MOTION TO DISQUALIFY (DOC. #36) AND MOTION TO DECLARE (DOC. #37)

---

This matter is before the Court pursuant to a motion in *limine* filed by Plaintiffs, prohibiting any evidence by Defendants as to the amount by which any insurer reimbursed health care providers for services related to any of the alleged injuries sustained in this case. Doc. #35. The Butler Township Defendants and Vandalia Defendants have filed a joint memorandum opposing Plaintiffs' motion, Doc. #38, a supplemental filing, Doc. #39, and Plaintiffs have filed a reply, Doc. #41.

On December 2, 2019, the Court filed a Decision and Entry Sustaining Defendants' Motion for Stay, Doc. #56, and Overruling Plaintiffs' Motion to Strike,

Doc. #64. The Court stayed all discovery in this case pending determination of Plaintiffs' Motion to Disqualify and Motion to Declare, Docs. ##36 and 37.

Accordingly, Plaintiffs' Motion in *Limine*, Doc. #35, is OVERRULED without prejudice to refiling thirty days following the Court's decision on Plaintiffs' Motion to Disqualify and Motion to Declare, Docs. ##36 and 37. Said decision will be filed on or before April 6, 2020.


Date: March 27, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE