IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LYNNE GOODEN, et al.,   :

    Plaintiffs,

v.   :    Case No. 3:18-cv-302

    JUDGE WALTER H. RICE

CHRIS BATZ, et al.,

    Defendant.   :

---

DECISION AND ENTRY OVERRULING WITHOUT PREJUDICE TO REFILING MOTION IN LIMINE OF DEFENDANTS BUTLER TOWNSHIP AND CITY OF VANDALIA TO PRECLUDE EXPERT TESTIMONY (DOC. #46); MOTION TO BE REFILED THIRTY DAYS FOLLOWING COURT'S DECISION ON PLAINTIFFS' MOTION TO DISQUALIFY (DOC. #36) AND MOTION TO DECLARE (DOC. #37)

---

This matter is before the Court pursuant to a motion in *limine* filed by Defendants, Butler Township and City of Vandalia ("Defendants"), precluding Plaintiffs from offering any expert testimony at trial after April 22, 2019, the deadline for primary expert designations established by the Rule 26(f) report. Plaintiffs have filed a response opposing this motion, Doc. #55, and Defendants have filed a reply, Doc. #59.

On December 2, 2019, the Court filed a Decision and Entry Sustaining Defendants' Motion for Stay, Doc. #56, and Overruling Plaintiffs' Motion to Strike, Doc. #64. The Court stayed all discovery in this case pending determination of Plaintiffs' Motion to Disqualify and Motion to Declare, Docs. ##36 and 37.

Accordingly, Defendants' Motion in *Limine*, Doc. #46, is OVERRULED without prejudice to refiling thirty days following the Court's decision on Plaintiffs' Motion to Disqualify and Motion to Declare, Docs. ##36 and 37. Said decision will be filed on or before April 6, 2020.

Date: March 27, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE