**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **LYNNE GOODEN,** *et al.***,** | ) | Case No.  3:18-cv-302 |
| | ) | |
| **Plaintiff,** | ) | Judge Walter H. Rice |
| | ) | |
| vs. | ) | |
| | ) | |
| **CHRIS BATZ,** *et al.***,** | ) | **DECISION, ORDER, AND ENTRY** |
| | ) | **GRANTING PLAINTIFFS' AGREED** |
| **Defendants.** | ) | **MOTION FOR AN EXTENSION OF** |
| | ) | **TIME IN WHICH TO RESPOND TO** |
| | ) | **DEFENDANTS' MOTIONS FOR** |
| | ) | **JUDGMENT ON THE PLEADINGS** |

_____

This matter having come before the Court upon the motion of Plaintiffs for a extension of time of 21 days, until Monday, August 10, 2020, in which to file their Responses to the Motions for Judgment on the Pleadings filed by the Butler Township and Vandalia Defendants, with the agreement of counsel for the defendants, and the Court being duly advised regarding the motion, the Court finds Plaintiffs' motion to be well taken, and hereby grants Plaintiffs'' motion.  Plaintiffs shall file their memorandums in response to Defendants' motions on or before August 10, 2020.

SO ORDERED.

*/s/ Walter H. Rice*  (tp - per Judge Rice authorization after his review)
WALTER H. RICE, JUDGE

Prepared and respectfully submitted by,

*/s/ Dwight D. Brannon*
Dwight D. Brannon (0021657)
Matthew S. Schultz (0080142)
BRANNON & ASSOCIATES
130 W. Second St. Suite 900
Dayton, OH 45402
Telephone: (937) 228-2306
Facsimile: (937) 228-8475
E-Mail:       dbrannon@branlaw.com
              mschultz@branlaw.com


/s/ *Michael L. Wright*
Michael L. Wright (0067698)
WRIGHT & SCHULTE LLC
130 W. Second St.   Suite 1600
Dayton, OH  45402
Telephone:  (937) 222-7477
mwright@yourohiolegalhelp.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon all counsel of record via the CM/ECF e-mail service on this date, July 17, 2020:

Jeffrey C. Turner
Dawn M. Frick
Michael D. Rice, Esq.
Surdyk, Dowd & Turner Co. LPA
8163 Old Yankee St.  Suite C
Dayton, OH   45458
Telephone:  (937) 222-2333
Facsimile:  (937) 222-1970
jturner@sdtlawyers.com
mrice@sdtlawyers.com
kepling@sdtlawyers.com

Attorneys for Defendants, Chris Batz; Brent Gallup; the Butler Township Board of Trustees; Mike Lang, Butler Township Trustee; Kenneth M. Betz, Butler Township Trustee; Joseph E. Flanagan, Jr., Butler Township Trustee; and Daniel Alig, Butler Township Fire Chief

Edward J. Dowd, Esq.
Christopher T. Herman
Surdyk, Dowd & Turner Co. LPA
8163 Old Yankee St.  Suite C
Dayton, OH   45458
Telephone:  (937) 222-2333
Facsimile:  (937) 222-1970
edowd@sdtlawyers.com
cherman@sdtlawyers.com

Attorneys for Defendants, Anthony Miller; The City of Vandalia; Arlene Setzer, Mayor, City of  Vandalia; Richard Herbst, Vice-Mayor, City of Vandalia; Bob Ahlers, Member, Vandalia City Council; Mike Blakesly, Member, Vandalia City Council; Candice Farst, Member, Vandalia City Council

Joseph Michael McCandlish, Esq.
Ohio Attorney General
150 E Gay Street
21st Floor
Columbus, OH 43215
614-466-8459
Fax: 866 750 0213
Joseph.McCandlish@ohioattorneygeneral.gov

Attorney for Ohio Department of Job and Family Services Tort Recovery

/s/ *Dwight D. Brannon*
Dwight D. Brannon

3